**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Kevin Harris

                Plaintiff,

v.                                         Case No.: 1:21−cv−04359
                                                Honorable Joan B. Gottschall

Kashi Sales, L.L.C.

                Defendant.

**DIVISIONAL TRANSFER NOTICE**

DIVISIONAL TRANSFER Notice. Case transferred to Western Division − Rockford. Pursuant to transfer order: [5]. (kl, )